*Norman A. Howard* for appellant.

*Vincent Keane* and *Louis W. Dawson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and BROMLEY, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE HORWITZ, as Trustee under a Declaration of Trust Dated April 27, 1938, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued May 26, 1949; decided July 19, 1949.

*Leon Leighton* for appellant.

*John P. McGrath, Corporation Counsel* (*Edith I. Spivack, William F. Murphy* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.